

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00173-CV

**IN RE** Stephen **KENNEDY**,
H.L. Polinard, Irene Polinard, Matthew Reynolds, and William Malcomson

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  April 13, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On March 29, 2016, relators Stephen Kennedy, H.L. Polinard, Irene Polinard, Matthew Reynolds, and William Malcomson filed a joint pro se petition for writ of mandamus with a motion for temporary orders pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary orders are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-10692, styled *Woodlawn Christian Church of San Antonio, Inc. v. James Paul Tisdel Jr., Carolyn Tisdel and George Alejos*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.